STATE OF MAINE                                           SUPERIOR COURT
YORK, ss.                                                Civil Action
                                                         Docket No. RE-17-0057


MARJORIE & BRYAN JARRY,

                    Plaintiffs

v.                                              **ORDER**

GARY WALKER,

                    Defendant

A status conference with counsel was held today in connection with plaintiffs' verified motion for temporary restraining order and injunctive relief filed on August 17, 2017. Plaintiffs have served defendant with a copy of the motion via counsel, and are requesting an evidentiary hearing. The court therefore treats it as a motion for a preliminary injunction. *See Clark v. Goodridge*, 632 A.2d 125, 126 (Me. 1993). Based upon the conference, it is hereby ordered as follows.

1. The pending motion shall be set for a 1½-hour hearing in York County Superior Court on **Wednesday October 4, 2017** starting at **2:00 pm.**

2. The parties have identified two witnesses per side. Plaintiffs' witnesses are Marjorie Jarry and Joseph Stanley. Defendant's witnesses are Gary Walker and Dana Libby.

3. Direct testimony of all witnesses shall be presented by way of affidavit. Counsel shall file and exchange affidavits, together with any exhibits to be introduced, by Friday September 29, 2017.

4. Witnesses shall be present at hearing and available for cross-examination. Each side will have a combined total of 45 minutes for cross-examination and re-direct

1

examination of any and all witnesses.    If a witness fails to appear at hearing, his or her direct testimony/affidavit, and all associated exhibits, will be stricken.

The clerk may incorporate this order on the docket by reference pursuant to Rule 79(a).

**SO ORDERED.**

DATED:    August 18, 2017

Wayne R. Douglas
Justice, Maine Superior Court

RE-17-57
ATTORNEY FOR PLAINTIFF:
RITA M FARRY
DESMOND & RAND PA
55 STROUDWATR ST
WESTBROOK ME  04092

ATTORNEYFOR DEFENDANT:
JAMES S MUNDY
WHITNEY MUNDY & MUNDY
P O BOX 187
SOUTH BERWICK ME  03908